UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NO. | ISSUE DATE | PATENT NO. | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 12/397,331 | 02/21/2012 | 8117706 | BK.NIPPON.PT1 | 7920 |

24943            7590            02/01/2012
INTELLECTUAL PROPERTY LAW GROUP LLP
12 SOUTH FIRST STREET
SUITE 1205
SAN JOSE, CA 95113

# ISSUE NOTIFICATION

The projected patent number and issue date are specified above.

### Determination of Patent Term Adjustment under 35 U.S.C. 154 (b)
(application filed on or after May 29, 2000)

The Patent Term Adjustment is 312 day(s). Any patent to issue from the above-identified application will include an indication of the adjustment on the front page.

If a Continued Prosecution Application (CPA) was filed in the above-identified application, the filing date that determines Patent Term Adjustment is the filing date of the most recent CPA.

Applicant will be able to obtain more detailed information by accessing the Patent Application Information Retrieval (PAIR) WEB site (http://pair.uspto.gov).

Any questions regarding the Patent Term Extension or Adjustment determination should be directed to the Office of Patent Legal Administration at (571)-272-7702. Questions relating to issue and publication fee payments should be directed to the Application Assistance Unit (AAU) of the Office of Data Management (ODM) at (571)-272-4200.

APPLICANT(s) (Please see PAIR WEB site http://pair.uspto.gov for additional applicants):

Tsutomu Sato, Osaka, JAPAN;

IR103 (Rev. 10/09)

EAST Search History

EAST Search History (Interference)

| Ref # | Hits | Search Query | DBs | Default Operator | Plurals | Time Stamp |
|---|---|---|---|---|---|---|
| L1 | 9 | (dust).CLM. and (remov$3).CLM. and (brush).CLM. and (pile).CLM. | US-PGPUB; USPAT; UPAD | OR | ON | 2011/10/20 16:08 |
| L2 | 333 | (15/39.5 or 15/48 or 15/221) | US-PGPUB; USPAT; UPAD | OR | ON | 2011/10/20 16:20 |
| S2 | 11 | "3076216" | US-PGPUB; USPAT; UPAD | OR | ON | 2011/10/18 16:21 |
| S3 | 593 | (lint near3 (brush or roller or scraper or roller)) | US-PGPUB; USPAT; UPAD | OR | ON | 2011/10/18 16:23 |
| S4 | 5106 | ((lint or crumb or dust) near3 (brush or roller or scraper or roller)) | US-PGPUB; USPAT; UPAD | OR | ON | 2011/10/18 16:23 |
| S5 | 270 | ((lint or crumb or dust) near3 (brush or roller or scraper or roller)) and pile | US-PGPUB; USPAT; UPAD | OR | ON | 2011/10/18 16:23 |
| S6 | 988 | ((lint or crumb or dust) near3 (brush or roller or scraper or roller)) and (fabric or pile) | US-PGPUB; USPAT; UPAD | OR | ON | 2011/10/18 16:23 |
| S7 | 3 | ("2006/0265824").URPN. | USPAT | OR | ON | 2011/10/18 16:31 |
| S8 | 179 | tsutomu near2 sato.in. | USPAT | OR | ON | 2011/10/18 16:38 |
| S9 | 43 | nippon near2 seal.as. | USPAT | OR | ON | 2011/10/18 16:38 |
| S10 | 35 | ("0568958" | "0966565" | "1227412" | "1487052").PN. OR ("3747152").URPN. | US-PGPUB; USPAT | OR | ON | 2011/10/18 16:40 |
| S11 | 2 | ("1227412").URPN. | USPAT | OR | ON | 2011/10/18 16:44 |

| S12 | 1622 | ((buffer or bumper or stopper or protrusion) near10 (stops or prevents or hinders or inhibits or preventing or hindering or stopping or inhibiting)) and brush and (rotary or cylindrical or cylinder) | USPAT | OR | ON | 2011/10/18 17:12 |
|---|---|---|---|---|---|---|
| S13 | 1313 | ((buffer or bumper or stopper or protrusion) near10 (stops or prevents or hinders or inhibits or preventing or hindering or stopping or inhibiting)) and (brush or duster or roller).ab. and (rotary or cylindrical or cylinder) | USPAT | OR | ON | 2011/10/18 17:13 |
| S14 | 1019 | ((buffer or bumper or stopper or protrusion) near5 (stops or prevents or hinders or inhibits or preventing or hindering or stopping or inhibiting)) and (brush or duster or roller).ab. and (rotary or cylindrical or cylinder) | USPAT | OR | ON | 2011/10/18 17:13 |
| S15 | 1233 | ((buffer or bumper or stopper or protrusion) near5 (stops or prevents or hinders or inhibits or preventing or hindering or stopping or inhibiting)) and (brush or duster or roller).ab. and (rotary or rotates) | USPAT | OR | ON | 2011/10/18 17:13 |
| S16 | 987 | ((buffer or bumper or stopper) near5 (stops or prevents or hinders or inhibits or preventing or hindering or stopping or inhibiting)) and (brush or duster or roller).ab. and (rotary or rotates) | USPAT | OR | ON | 2011/10/18 17:14 |
| S17 | 158 | ((buffer or bumper or stopper) near5 (stops or prevents or hinders or inhibits or preventing or hindering or stopping or inhibiting)) and (brush or duster or roller).ti. and (rotary or rotates) | USPAT | OR | ON | 2011/10/18 17:14 |

EAST Search History

| S27 | 762 | ((15/4) or (15/27) or (15/22.4)).CCLS. | US-PGPUB; USPAT; UPAD | OR | OFF | 2011/10/19 09:08 |

**10/20/2011 4:26:59 PM**
**C:\ Documents and Settings\ jcrandall\ My Documents\ EAST\ Workspaces\ 12397331.wsp**