**U.S. District Court for the Northern District Of Illinois**
**Attorney Appearance Form**

Case Title: Nippon Seal (Shenzhen) Co,. Ltd. v. The Partnerships and

Case Number:

An appearance is hereby filed by the undersigned as attorney for:

Nippon Seal (Shenzhen) Co., Ltd.

Attorney name (type or print): Robert Michael DeWitty

Firm: DeWitty and Associates

Street address: 15000 Street, 2nd Floor

City/State/Zip: Washington D.C 20005

Bar ID Number: 000621011
(See item 3 in instructions)

Telephone Number: 2025717070

Email Address:

| | | |
|---|---|---|
| Are you acting as lead counsel in this case? | ✔ Yes | ☐ No |
| Are you a member of the court's general bar? | ✔ Yes | ☐ No |
| Are you a member of the court's trial bar? | ✔ Yes | ☐ No |
| Are you appearing *pro hac vice*? | ☐ Yes | ✔ No |
| If this case reaches trial, will you act as the trial attorney? | ✔ Yes | ☐ No |

If this is a criminal case, check your status.

☐ Retained Counsel

☐ Appointed Counsel
If appointed counsel, are you a

☐ Federal Defender

☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on October 30,2024

Attorney signature: S/ /RDWy/

(Use electronic signature if the appearance form is filed electronically.)

Revised 07/19/2023