IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

| | |
|---|---|
| NIPPON SEAL (SHENZHEN) CO., LTD.<br><br>    Plaintiff,<br><br>v.<br><br>TONY L,<br><br>    Defendant | Case No.: **24-cv-11211**<br><br>**Judge Sunil R. Harjani**<br><br>**Magistrate Judge Heather K. McShain** |

### PLAINTIFF'S STATUS REPORT

    In response to the Court's Order dated January 22, 2025 (DE 16), requiring a status report, Plaintiff hereby reports that Plaintiff will seek an Order granting pre-Rule 26(f) discovery, to determine the email address of the remaining defendant in the instant case. This will be followed by a motion granting alternative service of process. Plaintiff will proceed in these actions within one week from this status report.

DATED: January 27, 2025　　　　　　　　Respectfully Submitted:

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　Robert M. DeWitty
　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff
　　　　　　　　　　　　　　　　　　　　DeWitty and Associates|R.M. DeWitty,
　　　　　　　　　　　　　　　　　　　　　　U.S. Patent Attorney
　　　　　　　　　　　　　　　　　　　　1500 K Street, 2nd Floor
　　　　　　　　　　　　　　　　　　　　RM 249B
　　　　　　　　　　　　　　　　　　　　Washington DC 20005
　　　　　　　　　　　　　　　　　　　　Tel: 202-571-7070 / 202 888-4309
　　　　　　　　　　　　　　　　　　　　Email: admin@dewittyip.com